FILED
JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8087

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ignacio GUZMAN-Narvaez | Importation of a Controlled Substance (Felony) |
| Shimrit COHEN | |
| Defendants. | |

The undersigned complainant being duly sworn states:

That on or about January 29, 2008, within the Southern District of California, defendant Ignacio GUZMAN-Narvaez and Shimrit COHEN did knowingly and intentionally import approximately 23.06 kilograms (50.73 lbs) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Ignacio GUZMAN-Narvaez (1)
Shimrit COHEN (2)

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Swanson.

On January 29, 2008 at approximately 2300 hours, Ignacio GUZMAN-Narvaez and Shimrit COHEN entered the United States at the Calexico, California, West Port of Entry. GUZMAN was the driver and registered owner of a 2004 Toyota Tacoma. COHEN was the sole passenger.

During the primary inspection Customs and Border Protection (CBP) Officer A. Payton received a negative Customs declaration from GUZMAN and COHEN. Both individuals and the vehicle where referred to secondary inspection for closer examination.

In the vehicle secondary lot, CBP Officer M. Cardenas further interviewed GUZMAN, who stated he went to Mexicali for a doctor's visit due to a back injury, and was on his way back home.

CBP K-9 Officer E. Leon received an alert from his Narcotics Detection Dog (NDD) on the spare tire located in the rear of the vehicle.

CBP Officer M. Cardenas discovered 10 packages inside the spare tire in the back of the vehicle and 3 more packages inside the front passenger's door. One of the packages was probed and a sample of a green, leafy substance was obtained, which field tested positive for marijuana. The 13 packages had a combined net weight of approximately 23.06 kilograms (50.73 lbs).

COHEN was placed under arrest. COHEN was advised of her rights per Miranda which she acknowledged and waived, agreeing to answer questions. COHEN stated GUZMAN asked her to accompany him into Mexico, but she did not know their destination. Once they arrived COHEN said she was dropped off at GUZMAN's relative's house and slept until GUZMAN picked her up again. GUZMAN asked

COHEN if she would accompany him back of the border, but again COHEN did not know their destination.