Michael D. Stein
Attorney at Law
CA State Bar. 43726
2727 Broadway
San Diego CA 92102
619/232-8987
Fax 619/232-2286



FILED
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (SAN DIEGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08mj 8087-01 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY AND ORDER THEREON |
| Vs | |
| IGNACIO GUZMAN-NARVAEZ | |
| Defendant | |

The defendant, **Ignacio Guzman-Narvaez**, hereby substitutes **Michael D. Stein**, as his attorney of record in the case on file herein.

The defendant's current attorney of record, is now relieved of any and all responsibility for defendant's representation, including trial and appeal.

**I CONSENT TO THE SUBSTITUTION**

Dated: February 8, 2008

_Ignacio Guzman_
Ignacio Guzman-Narvaez
**Defendant**

```
USA V GUZMAN-NARVAEZ
08-mj-8087-01


I CONSENT TO THE SUBSTITUTION


Dated:
                                    _____
                                       Appointed Counsel



I CONSENT TO THE SUBSTITUTION


Dated: February 8, 2008
                                    _____
                                       Michael D. Stein
                                    Attorney for Defendant




SO ORDERED


Dated:  2-12-08
                                    _____
                                    U.S. District Court Magistrate
```